ANN SCHROEDER v. HAROLD PERKEL.

May 13, 1980.

Petition for certification granted.

STATE OF NEW JERSEY v. MASIA ATTILA MUGMUK.

May 13, 1980.

Petition for certification denied.

STATE OF NEW JERSEY v. JOHN W. KENDALL.

May 13, 1980.

Petition for certification denied.